IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC K. GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV01709 |
| ) | JUDGE: Colleen Kollar-Kotelly |
| ) | DECK TYPE: Labor/ERISA (non-employment) |
| ) | |
| AMERICAN INSTITUTES FOR ) | |
| RESEARCH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT MOTION FOR
## EXTENSION OF TIME TO FILE ANSWER

Defendant, American Institutes for Research ("AIR" or "Defendant"), by and through undersigned counsel and pursuant to F.R.Civ.P. 6 (b), hereby moves this Court for an extension of time to file its answer to Plaintiff's Amended Complaint. In support of its motion, Defendant states as follows:

1. On October 12, 2006, Plaintiff filed his Amended Complaint in the above-named case. Said Amended Complaint was served on AIR on or about October 23, 2006.

2. Accordingly, Defendant's Answer is required to be filed by November 13, 2006.

3. However, due to counsel's litigation schedule and the availability of certain AIR key personnel, Defendant requires a 20-day extension of time in which to file its Answer.

4. The brief enlargement of time will not unnecessarily delay these proceedings.

5. Moreover, undersigned counsel asserts that no prejudice will result to any party by the Court's granting of the instant Motion.

6. AIR's request for additional time is not for purposes of delay, and the interests of the administration of justice will be served.

7. Plaintiff consents to the relief sought herein.

WHEREFORE, Defendant AIR respectfully requests that the Court enter the attached proposed Order extending the time in which AIR may file an Answer to Plaintiff's Amended Complaint until December 4, 2006.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

/S/
_____
Rebecca L. Taylor (#443401)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)

*Counsel for Defendant*
*American Institutes for Research*

Dated: November 13, 2006

## CERTIFICATION

I, Rebecca Taylor, hereby certify that on November 9, 2006, consent from Plaintiff's counsel, Michael J. Beattie, Esquire, was obtained for the relief sought in the instant Motion.

/S/
_____
Rebecca L. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Consent Motion for Extension of Time to File Answer to be served electronically and by first class mail, postage prepaid, this 13th day of November, 2006, upon:

Michael J. Beattie, Esquire
Employee Rights Law Group
9502-B Lee Highway
Fairfax, Virginia 22031

/S/
_____
Rebecca L. Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC K. GILL,<br><br>    **Plaintiff,**<br><br>v.<br><br><br>AMERICAN INSTITUTES FOR RESEARCH,<br><br>    **Defendant.** | Case No.: 1:06CV01709<br>JUDGE: Colleen Kollar-Kotelly<br>DECK TYPE: Labor/ERISA (non-employment) |

## ORDER

This matter having come before the Court upon the Consent Motion for Extension of Time to File Answer, and it appearing that the parties have agreed to the relief sought therein and that such relief is appropriate, it is hereby

**ORDERED** that the Consent Motion for Extension of Time to File Answer is **GRANTED**. Accordingly, Defendant shall file its Answer on or before December 4, 2006.

**So ordered.**

Entered this _____ day of November, 2006.

                                                          The Honorable Colleen Kollar-Kotelly
                                                          U.S. District Court for the District of Columbia

Copies to:

Rebecca L. Taylor, Esquire
Leftwich & Ludaway, LLC
1400 K Street, NW
Suite 1000
Washington, DC 20005-2403

Michael J. Beattie, Esquire
Employee Rights Law Group
9502-B Lee Highway
Fairfax, Virginia 22031