IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC K. GILL,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>  )<br>  )<br>AMERICAN INSTITUTES FOR  )<br>RESEARCH,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No.: 1:06CV01709<br>JUDGE: Colleen Kollar-Kotelly<br>DECK TYPE: Labor/ERISA (non-employment) |

## ORDER

This matter having come before the Court upon the Consent Motion for Extension of Time to File Answer, and it appearing that the parties have agreed to the relief sought therein and that such relief is appropriate, it is hereby

**ORDERED** that the Consent Motion for Extension of Time to File Answer is **GRANTED**. Accordingly, Defendant shall file its Answer on or before December 4, 2006.

**So ordered.**

Entered this _____ day of November, 2006.

_____
The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

Copies to:

Rebecca L. Taylor, Esquire
Leftwich & Ludaway, LLC
1400 K Street, NW
Suite 1000
Washington, DC 20005-2403

Michael J. Beattie, Esquire
Employee Rights Law Group
9502-B Lee Highway
Fairfax, Virginia 22031