IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERIC K. GILL,**           )<br>                                                  )<br>           **Plaintiff,**      )<br>                                                  )<br>**v.**                                        )<br>                                                  )<br>                                                  )<br>                                                  )<br>**AMERICAN INSTITUTES FOR** )<br>**RESEARCH,**                      )<br>                                                  )<br>           **Defendant.**     )<br>_____) | Case No.: 1:06CV01709<br>JUDGE: Colleen Kollar-Kotelly<br>DECK TYPE:  Labor/ERISA<br>(non-employment) |

**CONSENT MOTION**
**FOR CONTINUANCE OF SCHEDULING CONFERENCE**

Pursuant to LCvR 16.1(b), Defendant, American Institutes for Research ("AIR" or "Defendant"), with the consent of Plaintiff, Eric Gill, respectfully requests that this Court continue the Scheduling Conference currently set for January 11, 2007.  In support of its motion, AIR states as follows:

1.      A Scheduling Conference in this matter is scheduled to take place on January 11, 2007.

2.      However, undersigned Counsel is currently scheduled for a four-day jury trial beginning on January 8, 2007, in the Superior Court of the District of Columbia.  As such, undersigned Counsel is unavailable.

3.      Plaintiff consents to a continuance of the Scheduling Conference and, based on Plaintiff's and Defendant's counsel's schedules, the parties are available on the following date, if acceptable to the Court: January 23, 2007.

    4.      This motion is not brought for the purpose of delay, nor will it unduly prejudice either party.

WHEREFORE, based on the foregoing reasons, Defendant AIR respectfully requests that this Court continue the Scheduling Conference until January 23, 2007, or a subsequent date that is convenient to this Court.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

    **/S/**
_____
Rebecca L. Taylor (#443401)
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)

*Counsel for Defendant*
*American Institutes for Research*

## **CERTIFICATION**

I hereby certify that on or about December 15, 2006, Plaintiff's counsel consented to the relief sought herein.

/S/
_____
Rebecca L. Taylor

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Defendant's Answer to Plaintiff's Amended Complaint to be served electronically this 28th day of December, 2006, upon:

Michael J. Beattie, Esquire
Employee Rights Law Group
9502-B Lee Highway
Fairfax, Virginia 22031
mjbeattie@verizon.net

/S/
_____
Rebecca L. Taylor

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ERIC K. GILL** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>**AMERICAN INSTITUTES FOR,** )<br>**RESEARCH** )<br>)<br>**Defendant.** )<br>_____) | Case No.: 1:06CV01709<br>JUDGE: Colleen Kollar-Kotelly<br>DECK TYPE:  Labor/ERISA (non-employment) |

## **ORDER**

This matter having come before the Court upon the Consent Motion to Continue Scheduling Conference, there being no opposition as the parties have agreed to the relief sought and that such relief is appropriate; it is hereby

ORDERED that the Consent Motion to Continue Scheduling Conference is GRANTED. According, the Scheduling Conference shall be continued until _____, 2007 at _____ a.m./p.m.

So ordered.

      Entered this \_\_\_\_\_ day of _____, 200\_\_.


                                  _____
                                  The Honorable Colleen Kollar-Kotelly
                                  U.S. District Court Judge

Copies to:

Rebecca L. Taylor, Esquire
LEFTWICH & LUDAWAY, LLC
1400 K Street, NW
Suite 1000
Washington, DC 20005
rltaylor@leftwichlaw.com

Michael J. Beattie, Esquire
EMPLOYEE RIGHTS LAW GROUP
9502-B Lee Highway
Fairfax, Virginia 22031
mjbeattie@verizon.net