In the United States District Court for the District of Columbia

Eric Gill                                                               Case Number-06-1709-CKK

v.

AIR

**Motion to Withdraw**

Counsel for plaintiff, Michael Beattie, hereby moves the court to permit him to withdraw from the case.   There are two reasons for this request each of which standing alone would have caused me to file this motion.

First, Mr. Gill asked me to stop work on his case.

Second, my attorney states it would not be proper for me to remain as the attorney of record in this case, and the client would be better served by retaining new counsel.

Legal requirement for this motion have been met.   I notified the client of my intent to withdraw from this case by certified mail.    An attorney may not withdraw from a case at a phase of the case which would prejudice the client.   Currently, this case is in mediation.   There remains a chance of settlement.   In the event the case does not settle, the court will issue a scheduling order, but counsel for plaintiff is not aware of any deadlines.   As a result, Mr. Gill will have plenty of time to procure a new attorney, and my withdrawal will not prejudice Mr. Gill's probability of success on the merits.

A copy of this motion has been sent to Mr. Gill so that he has the option to provide any feedback or comments.

Respectfully submitted,

_____
Michael Beattie
9502 B Lee Highway
Fairfax, VA 22031
(703) 896-1150
(703) 273-3440 Fax
mjbeattie@verizon.net

Certificate of Service

A copy of the foregoing has been sent electronically to opposing counsel and the court and Mr. Gill by regular 1st Class mail on this 21st day of May, 2007.

_____
Michael Beattie