**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERIC K. GILL, | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 1:06CV01709** |
| | ) | **JUDGE: Colleen Kollar-Kotelly** |
| v. | ) | **DECK TYPE: Labor/ERISA** |
| | ) | **(non-employment)** |
| AMERICAN INSTITUTES FOR | ) | |
| RESEARCH, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

<u>**NOTICE OF SUBSTITUTION OF APPEARANCE**</u>

WILL THE CLERK OF THE COURT please substitute the appearance of Natalie O. Ludaway, Esquire of Leftwich & Ludaway, LLC for the appearance of Rebecca L. Taylor, Esquire, as counsel of record for Defendant American Institutes for Research in the above-captioned matter.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

/S/                                             /S/

_____    _____

Natalie O. Ludaway (#405149)         Rebecca L. Taylor (#443401)
noludaway@leftwichlaw.com            1400 K Street, NW, Suite 1000
                                     Washington, DC 20005-2403
                                     (202) 434-9100 (voice)
                                     (202) 783-3420 (facsimile)
                                     rltaylor@leftwichlaw.com

*Counsel for Defendant*
*American Institutes for Research*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Substitution of

Appearance to be served electronically and by first-class mail, postage prepaid, this 12th day of

June, 2007, upon:

Eric K. Gill (*pro se*)
4711 Marymead Drive
Fairfax, Virginia 22030
Erickgill@cox.net

/S/
_____
Rebecca L. Taylor