IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC K. GILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN INSTITUTES FOR )<br>RESEARCH, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 1:06CV01709<br>JUDGE: Colleen Kollar-Kotelly |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Eric K. Gill hereby dismisses the above-captioned action with prejudice.

Respectfully submitted,

_____
Eric K. Gill

*Plaintiff*


_____
Natalie Ludaway (D.C. Bar No. 405149)
Leftwich & Ludaway, L.L.C.
1400 K Street, N.W.
Suite 1000
Washington, DC 20005

*Counsel for Defendant American Institutes for Research*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2007, I caused a copy of the foregoing Stipulation of Dismissal to be served by first-class mail, postage prepaid to:

Eric K. Gill
4711 Marymead Drive
Fairfax, VA 22030

_____
Natalie O. Ludaway, Esquire